**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Goodwill Industries of Southern Nevada, Inc.** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | DBA  Goodwill of Southern Nevada <br> DBA  Goodwill Deja Blue Boutique <br> DBA  Goodwill Clearance Center <br> DBA  Goodwill Donation Center <br> DBA  Goodwill Store/Donation Center <br> DBA  Goodwill Select |
| 3. | Debtor's federal Employer Identification Number (EIN) | 23-7437479 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1280 W. Cheyenne Ave.** <br> **North Las Vegas, NV 89030** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Clark** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **http://www.goodwill.vegas/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Goodwill Industries of Southern Nevada, Inc.**                    Case number (if known) _____
_____
Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____4533_____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes. |

District _____    When _____    Case number _____
District _____    When _____    Case number _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
| | List all cases. If more than 1, attach a separate list | ☐ Yes. |

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Debtor  **Goodwill Industries of Southern Nevada, Inc.**  Case number (*if known*) _____
       Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Goodwill Industries of Southern Nevada, Inc.**                    Case number *(if known)* _____
          Name

▨ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08 / 11 / 2017
              MM / DD / YYYY

X _____(signature)_____          **John Helderman**
Signature of authorized representative of debtor          Printed name

Title   **Interim Chief Executive Officer**

**18. Signature of attorney**   X _____(signature)_____          Date _____
Signature of attorney for debtor                          MM / DD / YYYY

**Zachariah Larson**
Printed name

**LARSON & ZIRZOW, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 382-1170**    Email address   **zlarson@lzlawnv.com**

**7787**
Bar number and State

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
## GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
### a Nevada non-profit corporation

The undersigned, being the members of the Board of Directors (the "Board") of GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC., a Nevada non-profit corporation (the "Company"), hereby approve and adopt the following resolutions effective as of July 20, 2017:

RESOLVED that in the judgment of the Board, and upon the advice of insolvency counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that JOHN HELDERMAN, interim Chief Operating Officer of the Company (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition and amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case as general reorganization counsel, subject to any requisite bankruptcy court approval.

RESOLVED that the Responsible Person, and such other persons as the he shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motion, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the chapter 11 case. The Responsible Person shall keep the Board reasonably advised of the progress of the reorganization, and shall review and consult with the Board as necessary and appropriate on a continual basis throughout the case.

RESOLVED that the Responsible Person, and such other persons as he shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications,

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

Print Name: _Perry J. Mendla_    8/09/17    Print Name: _____

Print Name: _____    Print Name: _____

Print Name: _____    Print Name: _____

Print Name: _____    Print Name: _____

Print Name: _____    Print Name: _____

Print Name: _____    Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

Chris Higgins        8/7/2017

Print Name: _Chris Higgins_____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

_____ 8/9/17

Print Name: _Brian R. Dziminski_    Print Name: _____

_____    _____

Print Name: _____    Print Name: _____

_____    _____

Print Name: _____    Print Name: _____

_____    _____

Print Name: _____    Print Name: _____

_____    _____

Print Name: _____    Print Name: _____

_____    _____

Print Name: _____    Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:


Print Name: _Jerry Schmutz_          Print Name: _____


Print Name: _____          Print Name: _____


Print Name: _____          Print Name: _____


Print Name: _____          Print Name: _____


Print Name: _____          Print Name: _____


Print Name: _____          Print Name: _____

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

Print Name: _Eric James_____

_8/9/17_

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:


Print Name: _Lainie Castle_____          Print Name: _____

_LV Castle_____
Print Name: _____          Print Name: _____


Print Name: _____          Print Name: _____


Print Name: _____          Print Name: _____


Print Name: _____          Print Name: _____


Print Name: _____          Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

Print Name: _Gus W. Flenges_____       Print Name: _____

Print Name: _____       Print Name: _____

Print Name: _____       Print Name: _____

Print Name: _____       Print Name: _____

Print Name: _____       Print Name: _____

Print Name: _____       Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:


Print Name: Nancy Alamo                Print Name: _____

Nancy Alamo
Print Name: _____    Print Name: _____


Print Name: _____    Print Name: _____


Print Name: _____    Print Name: _____


Print Name: _____    Print Name: _____


Print Name: _____    Print Name: _____


Print Name: _____    Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

Print Name: _Lainie Castle_        Print Name: _____

Print Name: _Nancy Brune_        Print Name: _____

Print Name: _____        Print Name: _____

Print Name: _____        Print Name: _____

Print Name: _____        Print Name: _____

Print Name: _____        Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

Print Name: ___George Garcia_____        Print Name: _____

_____        _____

Print Name: _____        Print Name: _____

_____        _____

Print Name: _____        Print Name: _____

_____        _____

Print Name: _____        Print Name: _____

_____        _____

Print Name: _____        Print Name: _____

_____        _____

Print Name: _____        Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

Print Name: _JOSHUA R DOBBINS_       Print Name: _____

Print Name: _____       Print Name: _____

Print Name: _____       Print Name: _____

Print Name: _____       Print Name: _____

Print Name: _____       Print Name: _____

Print Name: _____       Print Name: _____

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

Print Name: _Bill Paredes_                     Print Name: _____

Print Name: _____          Print Name: _____

Print Name: _____          Print Name: _____

Print Name: _____          Print Name: _____

Print Name: _____          Print Name: _____

Print Name: _____          Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

Print Name: Mike Zimmer

8/9/17

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

2

certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

GOODWILL INDUSTRIES OF SOUTHERN NEVADA, INC.,
a Nevada nonprofit corporation:

Print Name: _Lainie Castle_    Print Name: _____

Print Name: _Henock Giea_    Print Name: _____

Print Name: _____    Print Name: _____

Print Name: _____    Print Name: _____

Print Name: _____    Print Name: _____

Print Name: _____    Print Name: _____

2

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Goodwill Industries of Southern Nevada, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: DISTRICT OF NEVADA</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JP Morgan Chase Attn: Managing Member P.O. Box 2015 Mail Suite IL1-6225 Elgin, IL 60121 | | Company Credit Card | | | | $264,955.12 |
| Landmark Realty Attn: Managing Member 175 Canal Street New York, NY 10013 | | Rent | | | | $235,998.65 |
| Integra Supply Attn: Managing Member 13489 SE Johnson Road Portland, OR 97222 | | Vendor | | | | $123,750.00 |
| SCP Tropicana LLC Attn: Managing Member 777 N First Street 5th Floor San Jose, CA 95112 | | Rent | | | | $120,404.91 |
| Boulevard Ventures Attn: Managing Member 6140 Brent Thurman Way, Suite 140 Las Vegas, NV 89148 | | Rent | | | | $92,328.00 |
| Beltway Marketplace LLC Attn: Managing Member 8350 W Sahara Ave Suite 210 Las Vegas, NV 89117 | | Rent | | | | $69,865.60 |

Debtor  **Goodwill Industries of Southern Nevada, Inc.**
     Name
Case number *(if known)*
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Derhake Capital LLC Attn: Managing Member 511 25th Street Hermosa Beach, CA 90254 | | Rent | | | | $56,139.60 |
| Accountemps Attn: Managing Member 2613 Camino Ramon 4th Floor San Ramon, CA 94583 | | Vendor-Contract labor | | | | $53,596.28 |
| MAPA Investments Attn: Managing Member 3984 Hollow Ridge Court Yurba Linda, CA 92887 | | Rent | | | | $52,032.00 |
| 4830 W Craig LLC Attn: Managing Member 175 Canal Street New York, NY 10013 | | Rent | | | | $45,701.98 |
| GW HN, LLC Attn: Managing Member 2050 South Santa Cruz #2000 Anaheim, CA 92805 | | Rent | | | | $39,200.00 |
| KTR Property Trust III Attn: Managing Member P.O. Box 846329 Dallas, TX 75284-9329 | | Rent | | | | $39,051.72 |
| Piercy Bowler Taylor & Kern Attn: Managing Member 6100 Elton Ave, Ste. 1000 Las Vegas, NV 89107-0123 | | Services | | | | $37,998.86 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Goodwill Industries of Southern Nevada, Inc.**                                     Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| State of Nevada - Unemployment Attn: Managing Member 500 East Third Street Carson City, NV 89713-0030 | | Unemployment Insurnace | | | | $36,590.56 |
| Regency Plaza Shopping Center Attn: Managing Member 8730 Wilshire Blvd Suite 410 Beverly Hills, CA 90211 | | Rent | | | | $36,000.00 |
| Great American Insurance Group Attn: Managing Member P.O. Box 89400 Cleveland, OH 44101-6400 | | Insurance | | | | $34,430.12 |
| Staples Advantage Attn: Managing Member P.O. Box 83689 Chicago, IL 60696-3689 | | Vendor-Office Supplies | | | | $34,411.48 |
| Metro Trailer Attn: Managing Member 100 Metro Parkway Pelham, AL 35124 | | Vendor-Storage | | | | $34,040.00 |
| Floyd's Construction Inc. Attn: Managing Member 1201 S Highway 160 Pahrump, NV 89048 | | Rent | | | | $32,000.00 |
| Center Pointe Plaza LLC Attn: Managing Member 3146 Red Hill Ave Suite 200-A Costa Mesa, CA 92626 | | Rent | | | | $31,668.22 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## United States Bankruptcy Court
### District of Nevada

In re    **Goodwill Industries of Southern Nevada, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    08/11/2017

John Helderman/Interim Chief Executive Officer
Signer/Title

Goodwill Industries of Southern Nevada, Inc.
1280 W. Cheyenne Ave.
North Las Vegas, NV 89030

**Governmental Units**

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

**Creditors:**

1-2-1 Philanthropic Services
Attn: Managing Member
2520 St. Rose Parkway Suite 217
Henderson, NV 89074

4461 Decatur, LLC
Attn: Managing Member
522 E Twain Avenue
Las Vegas, NV 89169

4830 W Craig LLC
Attn: Managing Member
175 Canal Street
New York, NY 10013

A First Impression 2, Inc.
Attn: Managing Member
35 E Lake Mead Pkwy
Henderson, NV 89015

A-1 Quality Care
Attn: Managing Member
12 Sunset Way #206
Henderson, NV 89014

A.E.S.
Attn: Managing Member
4760 W. Dewey Dr Ste 102
Las Vegas, NV 89118-2289

AB Mobile Fleet Repair
Attn: Managing Member
6225 Pangea Ave
Las Vegas, NV 89139

Accountemps
Attn: Managing Member
2613 Camino Ramon 4th Floor
San Ramon, CA 94583

Acme Display
Attn: Managing Member
3829 South Broadway Street
Los Angeles, CA 90037

Action Fleet Repair, LLC
Attn: Managing Member
4611 Vandenberg Drive
North Las Vegas, NV 89081

Advanced Lighting Services Inc.
Attn: Managing Member
940 Empire Mesa Way
Henderson, NV 89011

Agilence
Attn: Managing Member
1020 Briggs Road Suite 110
Mount Laurel, NV 08054

Ahern Rentals
Attn: Managing Member
P.O. Box 271390
Las Vegas, NV 89127-1390

Aire-Master
Attn: Managing Member
P.O. Box 96924
Las Vegas, NV 89193

Alarmco Inc.
Attn: Managing Member
2007 Las Vegas Blvd. S
Las Vegas, NV 89104-2555

Alpha Pallets
Attn: Managing Member
P.O. Box 363965
North Las Vegas, NV 89036

Alta Mira Shopping Center
Attn: Managing Member
1850 Mount Diablo Blvd. Suite 200
Walnut Creek, CA 94596

Alyn Reeves
11712 Feinberg Place
Las Vegas, NV 89138

American Door Service Inc.
Attn: Managing Member
P.O. Box 34000
Las Vegas, NV 89133

American Toxicology
Attn: Managing Member
3340 Sunrise Avenue, Suite 105
Las Vegas, NV 89101

Ameriquest Business Services
Attn: Managing Member
62861 Collections Center Drive
Chicago, IL 60693

Ammco
Attn: Managing Member
3429 Raven Ave 3429 Raven Ave.
Las Vegas, NV 89139

Anchor Packaging Co.
Attn: Managing Member
2828 7th Ave.
North Birmingham, AL 35203-2917

Arnold Machinery Company
Attn: Managing Member
P.O. Box 30020
Salt Lake City, UT 84130

Assured Document Destruction
Attn: Managing Member
8050 D. Arville St. Suite 105
Las Vegas, NV 89139

AT & T
Attn: Managing Member
P.O. Box 5025
Carol Stream, IL 901497-502

AT Conference
Attn: Managing Menber
P.O. Box 392490
Pittsburg, PA 15251-9490

ATIS Elevator Inspections, LLC
Attn: Managing Member
1976 Innerbelt Business Center Drive
Saint Louis, MO 63114-5760

Aurico
Attn: Managing Member
Atrium Corporate Center 3800 Golf Road,
Rolling Meadows, IL 60008

Automatic Door & Glass LLC
Attn: Managing Member
5049 W Diablo Drive
Las Vegas, NV 89118

Awards West
Attn: Managing Member
5525 S Decatur Blvd Suite 105
Las Vegas, NV 89118

Balcon Enterprises
Attn: Managing Member
P.O. Box 799
Elk Point, SD 57025

Beach City Nevada Charity, LLC
c/o Kammy Bridge, Resident Agent
1127 S. Rancho Dr.
Las Vegas, NV 89102

Beach City Nevada Charity, LLC
Attn: Managing Member
1127 S Rancho Drive
Las Vegas, NV 89102

Beasley Broadcast Group
Attn: Managing Member
2920 S Durango Drive
Las Vegas, NV 89139

Bellas Pallets Inc.
Attn: Managing Member
2970 N Lamont St
Las Vegas, NV 89115

Beltway Marketplace LLC
Attn: Managing Member
8350 W Sahara Ave Suite 210
Las Vegas, NV 89117

Best Buy Business Advantage
Attn: Managing Member
8650 College Boulevard
Overland Park, KS 66210

Betina Allen Lagrone
Attn: Managing Member
Injury Lawyers of Nevada
6900 Westcliff Drive, Ste 707
Las Vegas, NV 89145

Better Business Planning, Inc.
Attn: Managing Member
125 West Orchard Street
Itasca, IL 60143

Boulevard Ventures
Attn: Managing Member
6140 Brent Thurman Way, Suite 140
Las Vegas, NV 89148

Bowman Displays Digital Imaging
Attn: Managing Member
648 Progress Avenue
Munster, IN 46321

Brady Industries
Attn: Managing Member
7055 Lindell Road
Las Vegas, NV 89118

Branding Innovations
Attn: Managing Member
1152 Kamus Dr. FI
Fox Island, WA 98333

Brian Murphy
Attn: Managing Member
8420 Frazier Park Ct
Las Vegas, NV 89143

Brittany Barnes

Brixton-Alto Rainbow, LLC
Attn: Managing Member
P.O. Box 740868
Los Angeles, CA 90074

C & M Crane
Attn: Managing Member
5340 W Quail Ave
Las Vegas, NV 89118

Canon Solutions America
Attn: Managing Member
15004 Collections Center Drive
Chicago, IL 60693

CDW Direct, LLC
Attn: Managing Member
P.O. Box 75723
Chicago, IL 60675-5723

Center Pointe Plaza LLC
Attn: Managing Member
3146 Red Hill Ave Suite 200-A
Costa Mesa, CA 92626

Centro, Inc.
Attn: Managing Member
Dept CH 10762
Palatine, IL 60055-0762

Cintas Uniform
Attn: Managing Member
P.O. Box 29059
Phoenix, AZ 85038-9059

City of Henderson Utility Services
Attn: Managing Member
P.O. Box 95011
Henderson, NV 89009-5011

City of Las Vegas - Business License
Attn: Managing Member
P.O. Box 748028
Los Angeles, CA 90074-8028

Clark County Water Reclamation District
Attn: Managing Member
5857 E. Flamingo Rd.
Las Vegas, NV 89122

ComSurv
Attn: Managing Member
105 Central Avenue, Suite 200C
Charleston, SC 29445

Concentra Medical Centers
Attn: Managing Member
P.O. Box 9010
Broomfield, CO 80021-9010

Copy Cat Printing
Attn: Managing Member
3075 East Post Road
Las Vegas, NV 89120-

Core BTS, Inc.
Attn: Managing Member
P.O. Box 774419 4419 Solutions Center
Chicago, IL 60677-4004

Costco
Attn: Managing Member
P.O. Box 5219
Carol Stream, IL 60197-5219

Cox Communications
Attn: Managing Member
P.O. Box 53262
Phoenix, AZ 85072-3262

CVS
Attn: Managing Member
P.O. Box 1525
Woonsocket, RI 02895

D & G Scale, Inc.
Attn: Managing Member
5016 So. Jordan Canal Rd.
Taylorsville, UT 84129

D&J Electrical Services LLC
Attn: Managing Member
1130 W Amarillo
Pahrump, NV 89048

DataTech
Attn: Managing Member
15545 Devonshire St. Suite 202
Mission Hills, CA 91345

De Lage Landen 234230
Attn: Managing Member
P.O. Box 41602
Philadelphia, PA 19101-1602

Derhake Capital LLC
Attn: Managing Member
511 25th Street
Hermosa Beach, CA 90254

Digis
Attn: Managing Member
P.O. Box 844580
Boston, MA 02284-4580

Durango Arby Plaza LLC
Attn: Managing Member
8350 West Sahara Ave Suite 210
Las Vegas, NV 89117

EDS Electronics Inc.
Attn: Managing Member
2675 W. Cheyenne Ave.
North Las Vegas, NV 89032

Emmanuel Dotdot
32602 Fountain Falls Way
#1088
N. Las Vegas, NV 89032

Enzi's All American Window
Attn: Managing Member
6420 W. Spring Mountain Rd. Suite #20
Las Vegas, NV 89146

FedEx
Attn: Managing Member
P.O. Box 371461
Pittsburg, PA 15250-7461

Ferguson Enterprises Inc.
Attn: Managing Member
P.O. Box 740827
Los Angeles, CA 90074-0827

Fingerprinting Ink
Attn: Managing Member
3140 S. Durango Dr.Suite 101
Las Vegas, NV 89117

Fingerprinting Pros Inc
Attn: Managing Menber
2620 S. Maryland PkwySte 17
Las Vegas, NV 89109

Five Star Hydraulics
Attn: Managing Member
5115 Dean Martin Drive Suite 106
Las Vegas, NV 89118

Fleetmatics
Attn: Managing Member
P.O. Box 347472
Pittsburgh, PA 15251-4472

Fleetwash Inc.
Attn: Managing Member
P.O. Box 36014
Newark, NJ 07188-6014

Floyd's Construction Inc.
Attn: Managing Member
1201 S Highway 160
Pahrump, NV 89048

Global Equipment Co.
Attn: Managing Member
29833 Network Place
Chicago, IL 60673-1298

Goodwill Industries International
Attn: Managing Member
P.O. Box 791084
Baltimore, MD 21279-1084

Goodwill Orange County
Attn: Managing Member
410 N. Fairview
Santa Ana, CA 92703

Grainger Inc
Attn: Managing Member
Dept 847054798 P.O. Box 419267
Kansas City, MO 64141-6267

Great American Insurance Group
Attn: Managing Member
P.O. Box 89400
Cleveland, OH 44101-6400

GW HN, LLC
Attn: Managing Member
2050 South Santa Cruz #2000
Anaheim, CA 92805

Heartland Lock, LLC.
Attn: Managing Member
5830 NE Expressway #104
Warr Acres, OK 73132

Home Depot Credit Services
Attn: Managing Member
P.O. Box 790340
St Louis, MO 63179-0340

Horizon Print Solutions
Attn: Managing Member
5125 W Oquendo Road #6
Las Vegas, NV 89118

Horizon Properties, LLC
Attn: Managing Member
8948 Spanish Ridge Ave Suite 101
Las Vegas, NV 89148

Indaba Management Company LLC
Attn: Managing Member
400 East Mill Plain Blvd Suite 300
Vancouver, WA 98660

Inland/Hobbs Material Handling
Attn: Managing Member
4265 W. Tropicana Ave
Las Vegas, NV 89103-5418

Innovative Research & Analysis LLC
Attn: Managing Member
1445 American Pacific Suite 110, Box 309
Henderson, NV 89074

Integra Supply
Attn: Managing Member
13489 SE Johnson Road
Portland, OR 97222

Intelligent Business Systems
Attn: Managing Member
P.O Box 66203
Portland, OR 97290

J. J. Keller & Assoc. Inc.
Attn: Managing Member
P.O. Box 6609
Carol Stream, IL 60197-6609

Jameece King
9837 Overlook Ridge Ave.
Las Vegas, NV 89148

Jantec, Inc.
Attn: Managing Member
7469 W. Lake Mead Blvd. Suite 100
Las Vegas, NV 89128

Jennifer Teal
4586 Tulipan Way
Las Vegas, NV 89120

Jersharo Amey
3510 Algiers Dr.
Apt. 1120
Las Vegas, NV 89115

JP Morgan Chase
Attn: Managing Member
P.O. Box 2015 Mail Suite IL1-6225
Elgin, IL 60121

Kemp Broadcasting
Attn: Managing Member
3999 Las Vegas Blvd. Suite K
Las Vegas, NV 89119-1097

Kenco
Attn: Managing Member
6543 N. Sidney Place
Milwaukee, WI 53209

KLUC-FM
Attn: Managing Member
P.O. Box 100111
Pasadena, CA 91189-0111

KM Shoes
Attn: Managing Member
7270 Trade Street Suite 101
San Diego, CA 92121

KSG Consulting
Attn: Managing Member
6729 Alicante Ct.
Reno, NV 89523

KTR Property Trust III
Attn: Managing Member
P.O. Box 846329
Dallas, TX 75284-9329

Lamar Companies
Attn: Managing Member
P.O. Box 96030
Baton Rouge, LA 70896

Landmark Realty
Attn: Managing Member
175 Canal Street
New York, NY 10013

Las Vegas Chamber of Commerce
Attn: Managing Member
575 Symphony Park Ave #100
Las Vegas, NV 89106-1410

Las Vegas Review-Journal
Attn: Managing Member
P. O. Box 920
Las Vegas, NV 89125-0920

Las Vegas Uniforms - Supportive Svcs.
Attn: Managing Member
967 Sahara Ave
Las Vegas, NV 89104

Las Vegas Valley Water District
Attn: Managing Member
1001 South Valley View Blvd.
Las Vegas, NV 89153

Law Offices of Kathleen M. Paustian
Attn: Managing Member
3205 Skipworth Drive
Las Vegas, NV 89107

Leaf 100-1036116-003
Attn: Managing Member
P.O. Box 644006
Cincinnati, OH 45264-4006

Lincoln Financial
Attn: Managing Member
P.O. Box 7894
Fort Wayne, IN 46801-7800

Lincoln Financial
Attn: Managing Member
P.O. Box 0821
Carol Stream, IL 60132-0821

Logic
Attn: Managing Member
3900 S Hualapi Way Suite 200
Las Vegas, NV 89147

Loomis
Attn: Managing Member
Dept 0757 P.O. Box 120001
Dallas, TX 75312-0757

Lotus Broadcasting
Attn: Managing Member
8755 W. Flamingo Road
Las Vegas, NV 89147

Lowe's Business Account
Attn: Managing Member
P.O. Box 530970
Atlanta, GA 30353-0970

LV Sahara, LLC
Attn: Managing Member
8375 W Flamingo Rd #200
Las Vegas, NV 89147-4149

MAPA Investments
Attn: Managing Member
3984 Hollow Ridge Court
Yurba Linda, CA 92887

Marathon Staffing
Attn: Managing Member
164 Westford Road Unit 26
Tyngsboro, MA 01879

Maria Valdez
Attn: Managing Member
Cram, Valdez, Brigman and Nelson
2451 S Buffalo Dr, Ste 120
Las Vegas, NV 89117

McCandless Idealease
Attn: Managing Member
3780 Losee Road
N. Las Vegas, NV 89030

MCDM Landscape
Attn: Managing Member
1930 Village Center Circle #3-216
Las Vegas, NV 89134

Metro Trailer
Attn: Managing Member
100 Metro Parkway
Pelham, AL 35124

Milestone Equipment Holdings LLC
Attn: Managing Member
3050 West Clay St., Suite 300
St Charles, MO 63301

Network Design Solutions
Attn: Managing Member
9189 Oak Creek Road
Cherry Valley, CA 92223

Nevada Bolt and Hose
Attn: Managing Member
P.O. Box 531463
Henderson, NV 89053

Nevada Broadcasters Association
Attn: Managing Member
3900 Paradise Rd., Suite 279
Las Vegas, NV 89169

Nevada Retail Network Self Insured Group
Attn: Managing Member
575 S Saliman Road
Carson City, NV 89701-5000

Nevada State Bank
Attn: Managing Member
P.O. Box 990
Las Vegas, NV 89125-0990

NOY Property Services, LLC.
Attn: Managing Member
6955 N Durango Dr. #1115-262
Las Vegas, NV 89149

NV Energy
Attn: Managing Member
P.O. Box 30086
Reno, NV 89520-3086

Office Solutions
Attn: Managing Member
23303 La Palma Avenue
Yorba Linda, CA 92887

Olga Rubini
Attn: Managing Member
The Galliher Law Firm
1850 E Sahara Ave, Ste 107
Las Vegas, NV 89104

Pahrump Valley Chamber of Commerce
Attn: Managing Member
P.O. Box 42
Pahrump, NV 89041

PassPort Marketing, Inc.
Attn: Managing Member
442 Olde Post Rd.
Niceville, FL 32578

PCI Waste & Recycling Equipment
Attn: Managing Member
9180 S.E. 74th Avenue
Portland, OR 97206

Penske Fuel
Attn: Managing Member
P.O. Box 7429
Pasadena, CA 91109-7429

Penske Leasing
Attn: Managing Member
P.O. Box 7429
Pasadena, CA 91109-7429

Piercy Bowler Taylor & Kern
Attn: Managing Member
6100 Elton Ave, Ste. 1000
Las Vegas, NV 89107-0123

Pitney Bowes 8180268
Attn: Managing Member
P.O. Box 856460
Louisville, KY 40285-6460

Pitney Bowes Purchase Power
Attn: Managing Member
P.O. Box 371874
Pittsburgh, PA 15250-7874

Predator Signs
Attn: Managing Member
954 Harbor Ave
Henderson, NV 89002

Quest Diagnostics
Attn: Managing Member
P.O. Box 740709
Atlanta, GA 30374-0709

RACO Industries
Attn: Managing Member
P.O. Box 932312
Cleveland, OH 44193

Rakeman
Attn: Managing Member
4075 Losee Road
North Las Vegas, NV 89030

Ralph Jones Display
Attn: Managing Member
2576 E.Charleston Blvd
Las Vegas, NV 89104

Red 7 Communications, LLC
Attn: Managing Member
8689 W Sahara Ave, Suite 280
Las Vegas, NV 89117

Red E Fire Protection
Attn: Managing Member
P.O. Box 752283
Las Vegas, NV 89136

Regency Plaza Shopping Center
Attn: Managing Member
8730 Wilshire Blvd Suite 410
Beverly Hills, CA 90211

Republic Services - South Ops
Attn: Managing Member
770 E. Sahara Ave.
Las Vegas, NV 89104-2943

Republic Services 9037
Attn: Managing Member
P.O. Box 78829
Phoenix, AZ 85062-8829

Ricoh USA, Inc.
Attn: Managing Member
P.O. Box 31001-0850
Pasadena, CA 91110-0850

River City Petroleum Inc.
Attn: Managing Member
P. O. Box 235
West Sacramento, CA 95691-0235

Ross Dress for Less - Supportive Service
Attn: Managing Member
5130 Hacienda Drive 3rd Floor
Dublin, CA 94568

RSUI Group
Attn: Managing Member
15303 Ventura Blvd., #500
Sherman Oaks, CA 91403

Rush Truck Center
Attn: Managing Member
P.O. Box 2208
Decatur, AL 35609

Rush Truck Leasing
Attn: Managing Member
P.O. Box 34630
San Antonio, TX 78265-4630

SCP Tropicana LLC
Attn: Managing Member
777 N First Street 5th Floor
San Jose, CA 95112

Sherry Ramsey
201 S Gibson Rd Apt 1104
Henderson, NV 89012

Sigma Supply of North America Inc
Attn: Managing Member
P.O. Box 20980
Hot Springs, AR 71903-0980

Silvia Goldstein

Source 4
Attn: Managing Member
4436 Lawrence Street  Suite A/B
North Las Vegas, NV 89081


Southern Nevada Health District
Attn: Managing Member
P.O. Box 3902
Las Vegas, NV 89127

Southern Nevada Public Television
Attn: Managing Member
3050 E. Flamingo Road
Las Vegas, NV 89121-4427

Southwest Gas
Attn: Managing Member
P.O. Box 98890
Las Vegas, NV 89193-8890


Sprint 223648190
Attn: Managing Member
P.O. Box 4181
Carol Stream, IL 60197-4181

Staples Advantage
Attn: Managing Member
P.O. Box 83689
Chicago, IL 60696-3689

State of Nevada - Unemployment
Attn: Managing Member
500 East Third Street
Carson City, NV 89713-0030


State of Nevada Gaming Control Board
Attn: Managing Member
P.O. Box 8003
Carson City, NV 89702

Steve Chartrand
c/o Huthison & Steffen
10080 W. Alta Dr. #200
Las Vegas, NV 89145

Tabor Storage Solutions
Attn: Managing Member
121 W Lexington Drive Suite 630
Glendale, CA 91203-2203


TALX Corporation - Supportive Services
Attn: Managing Member
4076 Paysphere Circle
Chicago, IL 60674

TALX UC eXpress
Attn: Managing Member
4076 Paysphere Circle
Chicago, IL 60674

Ten15 Blue Diamond Decatur LLC
c/o J Dapper, Resident Agent
985 White Dr., Suite 100
Las Vegas, NV


The Wrap Factory
Attn: Managing Member
717 Lexington Cross Drive
Las Vegas, NV 89144

ThermalRoll Leaf, Inc.
Attn: Managing Member
2826 Roe Lane
Kansas City, KS 66103

Three Square Food Bank
Attn: Managing Member
4190 N Pecos Road
Las Vegas, NV 89115


Thyssenkrupp Elevator Corp
Attn: Managing Member
P.O. Box 933004
Atlanta, GA 31193-3004

Totem Agencies, Inc.
Attn: Managing Member
P.O. Box 33419
Kirkland, WA 98083-3419

Triumph Property Management
Attn: Managing Member
9030 W Sahara Ave Suite 668
Las Vegas, NV 89139


U.S. Bank National Association
as Trustee
633 West Fifth Street, 24th Floor
Los Angeles, CA 90071

U.S. Equal Employ.
Opportunity Commission
333 Las Vegas Blvd. So.
5th Flr., Ste. 5560
Las Vegas, MV 89101

Uline
Attn: Managing Member
P.O. Box 88741
Chicago, IL 60680-1741


United Way - Vendor
Attn: Managing Member
5830 W. Flamingo Road
Las Vegas, NV 89103

UPS International
Attn: Managing Member
P.O. Box 730900
Dallas, TX 75373-0900

UPS Mail Innovations - Supply Chain
Attn: Managing Member
P.O. Box 730900
Dallas, TX 75373-0900


Utilities Inc.
Attn: Managing Member
P.O. Box 11025
Lewiston, ME 04243-9476

Vegas Diesel Service
Attn: Managing Member
2105 W. Gowan Rd.
North Las Vegas, NV 89032

Vegas Retail Supply
Attn: Managing Member
6615 Escondido Street Suite C
Las Vegas, NV 89119

Verizon Wireless
Attn: Managing Member
P.O. Box 660108
Dallas, TX 75266-0108

Verry Best Sign Hanging
Attn: Managing Member
4480 W. Hacienda Ave Suite 108
Las Vegas, NV 89118-4900

Victor Klausner
Attn: Managing Member
801 South Rancho Drive Suite F1
Las Vegas, NV 89106

Vistage Worldwide
Attn: Managing Member
File 57158
Las Angeles, CA 90074-7158

Vulcan Incorporated
Attn: Managing Member
23445 Foley St.
Hayward, CA 94545

Walter Lescano
3428 White Bark Pine
Las Vegas, NV 89129

Waxie Sanitary Supply
Attn: Managing Member
P.O. Box 60227
Los Angeles, CA 90060-0227

Western Door and Gate LLC
Attn: Managing Member
4090 W. Hacienda Ave. Suite 110
Las Vegas, NV 89118

Western Elite
Attn: Managing Member
2745 N Nellis Blvd
Las Vegas, NV 89115

Western Exterminator Company
Attn: Managing Member
2943 E Alexander
North Las Vegas, NV 89030-7593

Wolverine Fire Protection Co.
Attn: Managing Member
8067 North Dort Highway
P.O. Box 219
Mt. Morris, MI 48458

Workforce Connections
Attn: Managing Member
6330 W Charleston Blvd Suite 150
Las Vegas, NV 89146

**Contracts/Leases**

4461 Decatur L.L.C
c/o Yoav J. Etzion, Resident Agent
1820 E. Warm Springs Rd., Suite 100
Las Vegas, NV 89119

4461 Decatur L.L.C.
Attn: Yair Ben-Moshe, Manager
522 E. Twain Ave.
Las Vegas, NV 89169

4830 West Craig LLC
c/o Raber Enterprises LLS
Attn: Frank Chan, Managing Member
175 Canal Street
New York, NY 10013

4830 West Craig LLC
c/o Raber Enterprises LLC
Attn: Frank Chan, Managing Member
175 Canal Street
New York, NY 10013

4830 West Craig LLC
c/o CSC Services of Nevada, Inc.
2215-B Renaissance Dr.
Las Vegas, NV 89119

Active GW Holdings, LLC
Attn: Abdus Asif, Manager
6725 S. Eastern Ave., Unit 2
Las Vegas, NV 89119

Alarmco Inc.
Attn: Managing Member
2007 Las Vegas Blvd. So.
Las Vegas, NV 89104

Albertsons Companies, LLC
c/o AB Acquisition LLC
Attn: Laura A. Donald, Manager
250 E. Parkcenter Blvd.
Boise, ID 83706

Albertsons, LLC
c/o The Corp. Trust Co. of Nevada
Resident Agent
701 S. Carson Street, Ste. 200
Carson City, NV 89701

Amazon Rainbow, LLC
c/o Bryan L. Ngo, Esq.
650 Town Center Drive, Ste. 1530
Costa Mesa, CA 92626

Anthem Station LLC
Attn: Robert F. Myers COO
11501 Northlake Drive
Cincinnati, OH 45249

Anthem Station LLC
Attn: Steve Demarais
11501 Northlake Drive
Cincinnati, OH 45249

Anthem Station, LLC
c/o The Corporation Trust Co. of Nevada
Resident Agent
701 S. Carson St., Suite 200
Carson City, NV 89701

Bank of America, N.A.
Attn: Managing Member
13850 Ballantyne Corporate Center
Mail Code: NC 2-150-03-06
Charlotte, NC 28277

Bank of America, N.A.
3075 S. Alma School Rd.
Mail Code: AZ3-162-01-01
Chandler, AZ 85248

BCP-Silverado & Bermuda, LP
c/o Brentwood Capital Mgmt.
Attn: Andrew J. Sobel
1437 7th Street, Ste. 200
Santa Monica, CA 90401

BCP-Silverado & Bermuda, LP
c/o Capital Corporate Services, Inc.
Resident Agent
202 S. Minnesota St.
Carson City, NV 89703

BCP-Stephanie & AMPAC, LLC
c/o Brentwood Capital Mgmt.
Attn: Andrew J. Sobel
1437 7th Street, Ste. 200
Santa Monica, CA 90401

BCP-Stephanie & AMPAC, LLC
c/o Capital Corporate Services, Inc.
Resident Agent
202 S. Minnesota St.
Carson City, NV 89703

Beltway Marketplace LLC
Attn: Managing Member
8350 W. Sahara Ave., Suite 210
Las Vegas, NV 89117

Beltway Marketplace LLC
c/o Telos Legal Group, Resident Agent
318 N. Carson St., Suite 218
Carson City, NV 89701

Boeve Investment Services, LLC
Attn: Kevin Boeve
P.O. Box 987
Guasti, CA 91473

Boulevard Ventures, LLC
c/o Sansone Companies
9017 S. Pecos Rd, Ste. 4500
Henderson, NV 89074

Boulevard Ventures, LLC
c/o James E. Shapiro, Esq.
2450 St. Rose Parkway, Ste. 200
Henderson, NV 89074

Brian & May Murphy Family Trust
c/o Brian Murphy & May Murphy, Trustees
8420 Frazier Park Ct.
Las Vegas, NV 89143

Brixton-Alto Rainbow, LLC
c/o Colliers International
3960 Howard Hughes Pkwy., Suite 150
Las Vegas, NV 89169

Brixton-Alto Rainbow, LLC
Attn: Managing Member
4435 Eastgate Mall, Suite 310
San Diego, CA 92121

Brixton-Alto Rainbow, LLC
c/o Nat'l Registered Agents Inv. of Nev.
Resident Agent
701 S. Carson St., Suite 200
Carson City, NV 89701

BWCH, Inc.
Attn: Alon Abady
9595 Wilshire Blvd., St. 1010
Beverly Hills, CA 90212

BWCH, Inc.
c/o JR & BW, LLC
Attn: Kevin Boeve
P.O. Box 987
Guasti, CA 91743

BWCH, Inc.
c/o Paracorp Inc., Resident Agent
318 N. Carson St., #208
Carson City, NV 89701

Capital Commercial Holdings, LLC
Attn: Sean Fahimian
269 S. Beverly Dr., Ste. 753
Beverly Hills, CA 90211

Capital Commercial Holdings, LLC
c/o Paracorp Inc., Resident Agent
318 N. Carson St., #208
Carson City, NV 89701

Capital Commercial Holdings, LLC
c/o Shahrim Fahiman, Manager
2934 1/2 Beverly Glenn Cir., #396
Los Angeles, CA 90077

Catholic Charities of Southern Nevada
Attn: Managing Member
1501 Las Vegas Blvd. So.
Las Vegas, NV 89101

Catholic Charities of Southern Nevada
c/o L & R Service Co. of Nev, LLC-LV
Resident Agent
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169

Centerpoint Plaza LLC
Attn: Managing Member
1970 Village Center Circle, #7
Las Vegas, NV 89134

Centerpoint Plaza LLC
Attn: Managing Member
3146 Red Hill Ave., Ste. 200A
Costa Mesa, CA 92626

City of Boulder City
Attn:  Community Devel. Dept.
401 California Ave.
Boulder City, NV 89005

City of Boulder City
Attn:  Dave Olsen, City Attorney
401 California Ave.
Boulder City, NV 89005

City of Las Vegas
Office of the City Manager
City Hall Complex- 5th Flr.
495 S. Main Street
Las Vegas, NV 89101

City of Las Vegas
Office of the City Attorney
Attn: Bradford R. Jerbic, Esq.
400 E. Stewart Ave., 9th Fl.
Las Vegas, NV 89101

CJ Park and Associates LLC
Attn: Kamran Farhadi
9312 Civic Center Dr.
Ste. 105
Beverly Hills, CA 90210

CJ Park and Associates LLC
c/o Laughlin Associates, Inc.
Resident Agent
9120 Double Down Pkwy.
Reno, NV 89521

Cox Business
Attn: Managing Member
1700 Vegas Drive
Las Vegas, NV 89105

Cox Communications Las Vegas, Inc.
c/o CSC Services of Nevada, Inc.
Resident Agent
2215-B Rennaissance Dr.
Las Vegas, NV 89119

CVS
c/o Lease Administration
One CVS Drive
Woonsocket, RI 02895

De Lage Landen Financial Services, Inc.
Attn: Managing Member
1111 Old Eagle School Road
Wayne, PA 19087

De Lage Landen Financial Services, Inc.
c/o The Prentice-Hall Corp. Sys. Nev.
Resident Agent
2215-B Rennaissance Dr.
Las Vegas, NV 89119

Durango Arby Plaza, LLC
c/o Michael Hallisey, Resident Agent
8350 W. Sahara Ave., Suite 210
Las Vegas, NV 89117

Farm Capital Management LLC
Attn: Joseph A. Kennedy, Manager
7155 S. Rainbow Blvd., Ste. 200
Las Vegas, NV 89118

Farm Capital Management LLC
c/o J.A. Kennedy Real Estate Co.
Resident Agent
7155 S. Rainbow Blvd., #200
Las Vegas, NV 89118

Fleetmatics
Attn: Managing Member
1100 Winter St., Suite 4600
Waltham, MA 02451

Floyd's Construction Inc.
Attn: Managing Member
1201 S. Highway 160
Pahrump, NV 89048

Floyd's Construction, Inc.
c/o Matthew H. Swan, Resident Agent
9005 W. Sahara Ave.
Las Vegas, NV 89117

Goodwill Industries International, Inc.
Attn: Steven E. Krontonsky
15810 Indianola Dr.
Rockville, MD 20855

Goodwill Industries of Orange County, CA
Attn: Managing Member
410 North Fairview Street
Santa Ana, CA 92703

Goodwill Industries of Orange County, CA
c/o C T Corporation System
818 W. 7th St., Suite 390
Los Angeles, CA 90017

Great American Insurance Company
Attn: Bankruptcy Dept/Managing Agent
PO Box 2119
Cincinnati, OH 45201

GW B&H, LLC
c/o Brentwood Capital Mgmt.
Attn: Andrew J. Sobel
1437 7th Street, Ste. 200
Santa Monica, CA 90401

GW B&H, LLC
c/o Capital Corporate Services, Inc.
Resident Agent
202 S. Minnesota St.
Carson City, NV 89703

GW B&H, LLC
c/o Abdus Asif, Managing Member
6725 S. Eastern Ave. #2
Las Vegas, NV 89119

GW HN, LLC
c/o J. Alan Campbell, Manager
2050 Santa Cruz St., #200
Anaheim, CA 92805

GW HN, LLC
c/o GKL Registered Agents of NV, Inc.
Resident Agent
3064 Silver Sage Dr., Suite 150
Carson City, NV 89701

Horizon Properties, LLC
Attn: Managing Member
8978 Spanish Ridge Ave., Suite 101
Las Vegas, NV 89148

Horizon Properties, LLC
Gilbert Macagno, Resident Agent
8978 Spanish Ridge Ave., Suite 101
Las Vegas, NV 89148

Horizon Properties, LLC
c/o Goold Patterson, Resident Agent
Attn:  Jeffrey Patterson, Esq.
1975 Village Center Cir., Suite 140
Las Vegas, NV 89134

Humana MarketPoint, Inc.
500 West Main Street
Louisville, KY 40202

Humana MarketPoint, Inc.
c/o CSC Service of Nevada, Inc.
Resident Agent
2215-Rennaissance Dr.
Las Vegas, NV 89119

iDrive Logistic Services
Attn: Managing Member
2600 Executive Parkway
Suite 160
Lehi, UT 84043

In-Store Radio, LLC
Attn: Managing Member
385 S. Lemon Ave.
Walnut, CA 91789

Kenexa Technology, Inc.
Attn: Managing Member
650 E. Swedesford Rd
Second Floor
Wayne, PA 19087

KRG LV
c/o Kite Realty Group
30 South Meridian Street, Ste. 1100
Indianapolis, IN 46204

KRG LV
c/o CSC Services of Nev., Resident Agent
2215-B Rennaissance Dr.
Las Vegas, NV 89119

KRG LV Centennial Center LLC
c/o Kite Realty Group
30 South Meridian Street, Ste. 1100
Indianapolis, IN 46204

KTR LV Loan II LLC
c/o KTR Property Trust III
Attn: Stephen J. Butte
300 Barr Harbor Dr., Ste. 150
Conshohocken, PA 19428

KTR LV Loan II LLC
c/o CSC Services of Nevada, Inc.
Resident Agent
2215-B Rennaissance Dr.
Las Vegas, NV 89119

Landmark Realty (Cheyenne) LLC
c/o Raber Enterprises LLC
Attn:  Frank Chan, Managing Member
175 Canal Street
New York, NY 10013

Landmark Realty LLC
c/o Raber Enterprises LLC
175 Canal Street
New York, NY 10013

Landmark Realty LLC
c/o Hairand Zhong, Resident Agent
5808 W. Spring Mountain Rd., #106
Las Vegas, NV 89146

Laurich Properties-Flamingo SE Partners
c/o Richard S. Gordon, Resident Agent
10655 Park Run Dr. #160
Las Vegas, NV 89144

Longs Drug Stores CA, LLC
Attn: Managing Member
One CVS Drive
Woonsocket, RI 02895

LV Sahara, LLC
c/o Jonathan Winter, Manager
5670 Wilshire Blvd., Suite 1036
Los Angeles, CA 90036

LV Sahara, LLC
c/o Corp2000, Resident Agent
321 W. Winnie Lane, Suite 104
Carson City, NV 89703

LV Sahara, LLC
c/o Juilet Realty, LLc
8375 W. Flamingo Rd., Ste. 200
Las Vegas, NV 89102

Mapa Investments, LLC
c/o Manu Patolia, Manager
2308 Indigo Island St.
Henderson, NV 89044

McCandless Idealease
Attn: Managing Member
3780 Losee Rd
N. Las Vegas, NV 89030

Nevada Dept. of Health & Human Services
Dep't of Health and Human Serv., Welfare
Attn:  Director's Office
4126 Technology Way, Suite 100
Carson City, NV 89706-2009

Nevada Retail Network
Self Insured Group
575 S. Saliman Rd.
Carson City, NV 89701

Nevada State Rehabilitation Council
Attn:  Rehab. Division, Managing Agent
1370 S. Curry Street
Carson City, NV 89701-4298

North Las Vegas Library District - CNLV
c/o City Attorney's Office - CNLV
Attn:  Micaela C. Moore, Esq., City Atty
2250 Las Vegas Blvd. N.
North Las Vegas, NV 89030

Northshore Plaza, LLC
Attn: Christine Reeves-Barth
1770 N. Buffalo Dr., #101
Las Vegas, NV 89123

Northshore Plaza, LLC
c/o Richard S. Gordon, Resident Agent
10655 Park Run Dr., #160
Las Vegas, NV 89144

O&O Enterprises LLC
c/o Garry V. Goett, Managing Member
1411 So. Highlands Pkwy., Suite 300
Las Vegas, NV 89141

O&O Enterprises LLC
c/o Goold Patterson, Resident Agent
1975 Village Center Circle, Suite 140
Las Vegas, NV 89134

Opportunity Village
Attn:  Bankruptcy Desk/Managing Agent
6050 S. Buffalo Dr.
Las Vegas, NV 89113

Pahrump Justice Court
Attn:  Ron Kent, Justice of the Peace
1520 E. Basin Ave.
Pahrump, NV 89090

Paychex
Attn: Managing Member
2340 Corporate Circle #176
Henderson, NV 89074

Peterbilt of Las Vegas, Inc. dba
Peterbilt PacLease of Las Vegas
Attn: Managing Member
4120 Donovan Way
N. Las Vegas, NV 89030

PHD Properties Inc.
c/o Shadow Hills Plaza
Philip Davis
10450 W. Cheyenne Ave. #130
Las Vegas, NV 89129

Reisbord 1999 Children's Trust
31322 Broad Beach Rd.
Malibu, CA

Reisbord 1999 Children's Trust
c/o Kolesar & Leatham, Resident Agent
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145

Republic Services
Attn: Managing Member
770 E. Sahara Ave.
Las Vegas, NV 89104

Ricoh USA, Inc.
Attn: Managing Member
70 Valley Stream Parkway
Malvern, PA 19355

Ricoh USA, Inc.
c/o The Corporation Trust Co. of Nevada
Resident Agent
701 S. Carson St., Suite 200
Carson City, NV 89701

Rio Vista Plaza, LLC
c/o Warren Kellogg & Assoc.
Attn: Kim Kellogg-Pruitt
1422 Clipperton Ave.
Henderson, NV 89074

Rio Vista Plaza, LLC
c/o Kolesar & Leatham, Resident Agent
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145

Rio Vista Plaza, LLC
c/o Donald K. Benedict, Manager
1300 Bistol St. North, Suite 218
Newport Beach, CA 92660

Rush Truck Leasing
Attn: Managing Member
4120 Donovan Way
N. Las Vegas, NV 89030

Rush Truck Leasing, Inc.
c/o CSC Services of Nevada, Inc.
2215-R Renaissance Dr.
Las Vegas, NV 89119

Rush Truck Leasing, Inc.
Attn:  Managing Agent
555 IH 35 South, Suite 500
New Braunfels, TX 78130

SCP Tropicana, LLC
c/o Green Valley Corporation
Attn:  Clifford Barron Swenson, CEO
701 North First Street, 5th Fl.
San Jose, CA 95112

SCP Tropicana, LLC
c/o NVRA, Resident Agent
P.O. Box 20470
Carson City, NV 89721

SCP Tropicana, LLC
c/o NVRA Services, Inc., Resident Agent
120 Hwy 50, Suite 1
Dayton, NV 89403

SHMP Echo Base, LLC
Attn: Garry V. Goett, Manager
11411 Southern Highlands Pkwy., Ste. 300
Las Vegas, NV 89141

SHMP Echo Base, LLC
c/o Goold Patterson, Resident Agent
1975 Village Center Circle, Suite 140
Las Vegas, NV 89134

Silverado Ranch Centre II, LLC
c/o Christine Reeves-Barth
1770 N. Buffalo Dr., #101
Las Vegas, NV 89123

Silverado Ranch Centre II, LLC
c/o Richard S. Gordon, Resident Agent
10655 Park Run Dr., #160
Las Vegas, NV 89144

Simmons Centre LLC
c/o Christine Reeves-Barth
1770 N. Buffalo Dr., #101
Las Vegas, NV 89123

Simmons Centre, LLC
c/o Richard S. Gordon, Resident Agent
10655 Park Run Dr. #160
Las Vegas, NV 89144

Suburban Propane
Attn: Managing Member
4520 Mitchell Street
N. Las Vegas, NV 89081

TBM Properties, LLC
Attn: Shawn Molem
6399 Wilshire Blvd., Ste. 812
Los Angeles, CA 90048

TBM Properties, LLC
c/o Magma Capital Group, Resident Agent
3960 Howard Hughes Pkwy., Suite 500
Las Vegas, NV 89169

Ultimate Staffing Services
c/o Office of General Counsel
333 City Blvd. West, #100
Orange, CA 92868

Weingarten Maya Tropicana LLC
Attn: General Counsel
P.O. Box 924133
Houston, TX 75303-1074

Weingarten Maya Tropicana LLC
c/o Capital Corporate Services, Inc.
202 S. Minnesota St.
Carson City, NV 89703

Wells Fargo Equipment Finance, Inc.
Attn: Managing Member
300 Tri-State International
Lincolnshire, IL 60069

Wells Fargo Equipment Finance, Inc.
c/o CSC Corporate Services of Nev., Inc.
2215-B Renaissance Dr.
Las Vegas, NV 89119

Wells Fargo Equipment Finance, Inc.
Attn:  Managing Agent
600 S. 4th St., 10th Fl.
Minneapolis, MN 55402

**Additional Notice Parties**

Ballard Spahr, LLP
Attn: Manaing Agent
1225 17th Street, Ste. 2300
Denver, CO 80202-5596

Bank of Nevada
Western Alliance Bancorporation
One E. Washington Street, Ste. 1400
Phoenix, AZ 85004

Citigroup Global Markets Realty Group
Attn: Managing Agent
388 Greenwich Street, 19th Floor
New York, NY 10013

D.A. Davidson & Co.
Attn: Managing Agent
1500 Market Square, Ste. 300
Denver, CO 80202

D.A. Davidson & Co.
Columbia Center
Attn: Manaing Agent
701 5th Ave., Ste. 4050
Seattle, WA 98104

Dinsmore & Shol LLP
Attn: Managing Agent
1775 Sherman Street, Ste. 2500
Denver, CO 80203

First Bank & Trust Co. of Illinois
Attn: Managing Agent
300 East Northwest Hwy
Prospect Heights, IL 60070

Mike Abel, Manager
c/o Lee & Associates
100 Bayview Circle, Suite 600
Newport Beach, CA 92660

Nevada Equal Rights Commission
Attn: Bankruptcy Dept/Managing Agent
1820 East Sahara Ave., Suite 314
Las Vegas, NV 89104

Nevada Secretary of State's Office
Commercial Recordings Division
Attn: Managing Agent
202 North Carson Street
Carson City, NV 89701

Nevada State Bank
Attn: Manaing Agent
750 E. Warm Springs Rd.
Las Vegas, NV 89119

Nevada State Bank
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 990
Las Vegas, NV 89125-0990

Office of the AG-State of Nevada
Attn: Adam Paul Laxalt, Attorney General
Grant Sawyer Building
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101

Protective Life Insurance Company
Attn: Managing Agent
2801 Hwy 280 South
Birmingham, AL 35223

Public Finance Authority
c/o Wisconsin Counties Assoc.
Attn: Managing Agent
22 E. Mifflin Street, Ste. 900
Madison, WI 53703

RSUI Group
15303 Ventura Blvd., Ste. 500
Sherman Oaks, CA 91403

Silver Law Office Inc.
Attn:  Scott Silver, Esq.
10573 W. Pico Blvd., Suite 218
Los Angeles, CA 90064

StanCorp Financial Group, Inc.
Attn: Managing Agent
1100 SW Sixth Ave.
Portland, OR 97204-1093

Standard Insurance Company
Attn: Managing Agent
1100 SW Sixth Avenue
Portland, OR 97204-1093

The Depository Trust Company
c/o Cede & Co.
Attn: Managing Agent
55 Water Street
New York, NY 10041-0001

U.S. Bank National Association
Attn: Managing Agent
633 W. Fifth Street, 24th Flr.
Los Angeles, CA 90071

U.S. Bank National Association
Attn: Global Corporate Trust Services
633 West Fifth Street, 24th Flr
Los Angeles, CA 90071

U.S. Equal Employment Opportunity Comm.
Las Vegas Local Office
333 Las Vegas Blvd. South
5th Floor, Ste. 5560
Las Vegas, NV 89101

Von Briesen & Roper, S.C.
Attn: Managing Agent
411 East Wisconsin Ave., Ste.  1000
Milwaukee, WI 53202